IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 19-cv-06446 |
| | ) |
| LOEWS CHICAGO OPERATING | ) Judge Feinerman |
| COMPANY, LLC, d/b/a LOEWS | ) |
| CHICAGO HOTEL, | ) |
| | |
|     Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby

gives notice of the voluntary dismissal of this action.

HOWARD COHAN

By: _/s/_ _Marshall J. Burt_
Counsel for Plaintiff
Marshall J. Burt
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

**CERTIFICATE OF SERVICE**

I hereby certify that December 10, 2019, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record:

Kevin Fritz
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
KFritz@seyfarth.com

                                        /s/ Marshall J. Burt